# Court of Appeals
# of the State of Georgia

ATLANTA,  July 11, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0521.  WHITE DOVE CHURCH OF GOD, INC. v. KRONOS CAPITAL FUND, LLC.**

This case began as a dispossessory proceeding in magistrate court.  Following an adverse ruling in that court, the defendant White Dove Church of God, Inc., appealed to the superior court, which dismissed the appeal and issued a writ of possession in the plaintiff's favor on February 20, 2017.  The defendant filed a motion to set aside the superior court's judgment, which the superior court denied on June 8, 2017.  The defendant then filed this application for discretionary appeal on June 16, 2017.  We lack jurisdiction.

Generally, an application for discretionary appeal may be filed within 30 days of entry of the order or judgment sought to be appealed.  See OCGA § 5-6-35 (d).  The underlying subject matter of an appeal, however, controls over the relief sought in determining the proper appellate procedure.  See *Rebich v. Miles*, 264 Ga. 467, 467-468 (448 SE2d 192) (1994).  The underlying subject matter here is a dispossessory judgment.  Under OCGA § 44-7-56, an appeal from a dispossessory judgment must be filed within seven days of the date the judgment was entered.  See *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521, 522-523 (521 SE2d 456) (1999).

Here, the defendant filed its application eight days after the superior court's judgment was entered. Accordingly, the application is untimely and is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, 07/11/2017*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*